[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

*W* FEB 23 2026

**THOMAS G. BRUTON**
CLERK, U.S. DISTRICT COURT

Douglas Mock )
)
_____ )
)
Plaintiff(s), )
)
v. )
Chicago Meat Authority )
et al. )
)
)
Defendant(s). )

1:26-cv-02008
Judge Robert W. Gettleman
Magistrate Judge Beth W. Jantz
RANDOM CAT 1

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Douglas Mock of the county of Cook in the state of Illinois.

3. The defendant is Chicago Meat Authority, whose street address is 1120 W. 47th Place,
(city) Chicago (county) Cook (state) Illinois (ZIP) 60609

(Defendant's telephone number) (773) – 254-3811

4. The plaintiff sought employment or was employed by the defendant at (street address)
1120 W. 47th Place (city) Chicago
(county) Cook (state) Illinois (ZIP code) 60609

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.   The plaintiff [*check one box*]

  (a)  ☐   was denied employment by the defendant.

  (b)  ☐   was hired and is still employed by the defendant.

  (c)  ☑   was employed but is no longer employed by the defendant.

6.   The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

  (a)  The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)  ☑ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

    (ii)  ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

  (b)  If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

  It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and

  (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)__11_____ (day)_26___ (year)_2025____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.     If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.     Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.     The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): Defamation

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

intentional spoliation of evidence
wrongful termination
procedural due process violation

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I am aware that this is an at-will state, but even at an at-will state, where employment can be terminated by either party at any time without cause, my employer is still restricted by law. See additional page.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☑ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): To award damages to cover lost wages and benefits (back pay and front pay), compensation for emotional distress, and

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

for punitive damages for malicious, to cover the cost of legal representation and injunctive relief: "see additional page"

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

Douglas Mock
(Plaintiff's signature)

Douglas Mock
(Plaintiff's name)

255 W. 114th Street
(Plaintiff's street address)

(City) Chicago　　(State) IL.　(ZIP) 60628

(Plaintiff's telephone number) (872) – 713-3790

Date: 02/23/2026

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

#13 continued

Wrongful termination is illegal, as in my case. My case was based on discrimination (race, sex, age, disability), retaliation for whistleblowing and for their violations of public policy and laws.

It was illegal for my employer to terminate and or take adverse action against me, they discriminated against me and retaliated against me for reporting workplace harassment by my coworkers and unsafe working conditions. Such retaliation is forbidden under federal and state EEOC laws, regardless of whether the initial complaint is ultimately proven provided the employee had reasonable, good faith belief that the harassment was unlawful.

#16 continued.

Court orders to stop the employer from continuing unlawful practices, such as the spoliation of evidence, discrimination, defaming employees, and retaliation, and to terminate all of the employees involved in this case so that this will not happen again, including but not limited to Patricia Pyna, Jerome Scott, ... et al.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/26/2025

**To:** Douglas Mock
Charge No: 570-2025-02551

EEOC Representative and email:   ROY FIGUEREO
INVESTIGATOR SUPPORT ASSISTANT
ROY.FIGUEREO@EEOC.GOV

---

### DISMISSAL

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 570-2025-02551.

On behalf of the Commission,

Digitally Signed By:Mindy E. Weinstein
11/26/2025
Mindy E. Weinstein
Director